UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH DEMETRIOUS SIMMONS,<br><br>          Plaintiff,<br><br>   v.<br><br>SANTA BARBARA COUNTY MAIL JAIL,<br><br>          Defendant. | Case No. 2:25-cv-09124-WLH-PD<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PAY THE FILING FEE** |

On September 22, 2025, Petitioner Keith Demetrious Simmons, proceeding *pro se*, filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254. Dkt. No. 1. The Clerk of the Court issued a discrepancy notice, requiring Petitioner to either pay the $5.00 filing fee or submit a request to proceed without prepayment of the filing fee and advising him that his case might be dismissed if he failed to respond within 30 days from the date of the notice. Dkt. No. 2. Petitioner failed to respond, and the Court thereafter issued an Order requiring Petitioner to respond to the Clerk's Notice. Dkt. No. 4. Petitioner again failed to respond to the Court's Order.

On February 4, 2026, the Court issued a Report and Recommendation recommending that the request to proceed *in forma pauperis* be denied.  Dkt. No. 5.  On February 13, 2026, the District Court accepted the findings in the Report and ordered that Petitioner's request to proceed *in forma pauperis* be denied and that Petitioner pay the filing fee within 30 days.  Dkt. No. 6. The March 16, 2026, deadline to pay the filing fee has long passed, and Petitioner has not yet paid the fee or responded. The Court therefore dismisses this case in its entirety without prejudice.

A final judgment will be entered separately.

Dated:  May 15, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE