JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| KEITH DEMETRIOUS SIMMONS, | Case No. 2:25-cv-09124-WLH-PD |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| SANTA BARBARA COUNTY JAIL, | |
| Defendant. | |

For the reasons stated in the separate order of dismissal entered this date, the Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 filed by Petitioner Keith Demetrious Simmons, is dismissed without prejudice.

This is a final judgment.

IT IS SO ORDERED.

Dated:  May 15, 2026



_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE